DWYER, Appellant, v. DUNFEE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by William J. Dwyer against Anna Dun-

fee and another, as executors. No opinion. Judgment affirmed, with costs.